IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> DRAKE A. TERRELL; APPLIED RISK SOLUTIONS, LLC; RISK & INSURANCE CONSULTANTS, INC.; and BOBBY KITCHEN, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) CASE NO. 1:16:cv:00368-AT |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiff Philadelphia Indemnity Insurance Company, pursuant to Fed R. Civ. P. Rule 7.1 and N.D. Ga. Local Rule 3.3, submits its Certificate of Interested Persons and Corporate Disclosure Statement as follows:

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Plaintiff:

- Philadelphia Indemnity Insurance Company. Philadelphia Indemnity Insurance Company and its affiliate, Tokio Marine Specialty Insurance Company, operate under a pooling agreement and are collectively referred to as Philadelphia Insurance Companies. Philadelphia Insurance Companies is a wholly owned subsidiary of Tokio Marine North America, Inc., which is a wholly owned insurance holding company subsidiary of Tokio Marine & Nichido Fire Insurance Co., Ltd., which is a wholly owned subsidiary of Tokio Marine Holdings, Inc. Tokio Marine Holdings, Inc. is traded on the Tokyo Stock Exchange under the symbol 8766-TSE.

Defendants:

- Applied Risk Solutions, LLC ("Applied Risk"). To Plaintiff's knowledge, there is no parent corporation or any publicly held company that owns 10% or more of said Defendant's common stock.

- Risk & Insurance Consultants, Inc. ("RIC"). To Plaintiff's knowledge, there is no parent corporation or any publicly held company that owns 10% or more of said Defendant's common stock.

- Drake A. Terrell

- Bobby Kitchen

(2) **The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:**

Other than the persons and entities named as parties and counsel to these proceedings, Plaintiff is not aware, at this time, of any such persons, associations, firms, partnerships, or corporations.

(3) **The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:**

**ATTORNEYS FOR PLAINTIFF**
Michael H. Schroder
Melissa K. Kahren
Swift, Currie, McGhee & Hiers, LLP
1355 Peachtree Street, NE, Suite 300
Atlanta, GA 30309
Phone: 404-874-8800
Fax: 404-888-6199
Michael.schroder@swiftcurrie.com
Melissa.kahren@swiftcurrie.com

Respectfully submitted this 22nd day of February, 2016.

We hereby certify that this pleading has been prepared with Times New Roman 14-point selection as approved by the Court and Local Rule 5.1(b).

                         s/ *Melissa K. Kahren*
                         Georgia Bar No. 527406
                         Attorney for Philadelphia Indemnity
                         Insurance Company

Swift, Currie, McGhee & Hiers, LLP
1355 Peachtree Street, NE, Suite 300
Atlanta, Georgia 30309
(404) 874-8800

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF System, which will automatically send notification of such filing to the following attorneys of record and via U.S. Mail:

Drake A. Terrell
Applied Risk Solutions, Inc.
c/o Steve Molina, Registered Agent
5416 Glenridge Drive
Atlanta, Georgia 30342

Drake A. Terrell
1160 Oconee Springs ROAD
Eatonton, GA 31024-8361

Risk & Insurance Consultants, Inc.
c/o Jill Kitchen, Registered Agent
5416 Glenridge Drive
Atlanta, Georgia 30342

Bobby Kitchen
73 W. Belle Isle Road,
Atlanta, Georgia 30342

This 22nd day of February, 2016.

s/ *Melissa K. Kahren*
Georgia Bar No. 527406
Attorney for Philadelphia Indemnity Insurance Company

Swift, Currie, McGhee & Hiers, LLP
1355 Peachtree Street, NE, Suite 300
Atlanta, Georgia 30309
(404) 874-8800